UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SKIDMORE,

          Plaintiff,                             Case No. 13-12826

                                                 Paul D. Borman
v.                                          United States District Judge

                                               Michael Hluchaniuk
INTERNAL REVENUE SERVICE, et al.,       United States Magistrate Judge

          Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE MICHAEL HLUCHANIUK'S JANUARY 26,
2015 REPORT AND RECOMMENDATION (ECF NO. 29), GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (ECF NO. 15) and DISMISSING PLAINTIFF'S
COMPLAINT WITH PREJUDICE

On January 26, 2015, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to GRANT Defendants' Motion for Summary Judgment.  Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 29), GRANTS Defendants' Motion for Summary Judgment (ECF No. 15) and DISMISSES Plaintiff's Complaint WITH PREJUDICE.

IT IS SO ORDERED.

                                     s/Paul D. Borman_____
                                     PAUL D. BORMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 19, 2015.

s/Deborah Tofil
Case Manager